**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN SNYDER, II, JONATHAN DARTEE, DARRELL HARLEY, and RONALD SOLIMANDO,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CRIGER SERVICE, INC., TRITON TOWING, LLC, and ADAM LACH,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 17-8896 (SDW)(LDW)<br><br>**ORDER**<br><br>March 26, 2019 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Plaintiffs' request to approve the parties' settlement agreement, and this Court having read and considered the parties' submissions and good cause having been shown,

**IT IS ON** this 26th day of March, 2019,

**ORDERED** that Plaintiffs' request to approve the parties' settlement agreement (ECF No. 18-1), which was placed on the record before Judge Leda Dunn Wettre on February 5, 2019, is **GRANTED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan D. Wigenton
　　　　　　　　　　　　　　　　　　　　　　　　**Susan D. Wigenton, U.S.D.J.**

Orig:　Clerk
cc:　　Parties
　　　　Leda Dunn Wettre, U.S.M.J.